UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

___Ernestine Welch___ Plaintiff(s) )
)
vs. )
) Civil Case No.: 1:19-cv-846 (BKS/DJS)
___Bio-Reference Labortories, Inc___ Defendant(s) )
)
) **CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 16 2019
AT ___ O'CLOCK
John M. Domurad, Clerk

Plaintiff(s) demand(s) a trial by: _X_ JURY ____ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows: Title VII, The Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act.

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2. Plaintiff: ___Ernestine Welch___
   Address: ___P.O. Box 273___
   ___Hudson NY 12534___

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: ___Bio-Reference Labortories, INC___
   Official Position: ___Administration, Human Resources___
   Address: ___481 Edward H Ross Dr.___
   ___Elmwood Park, NJ 07407___

b.  Defendant: Terry Tucker
    Official Position: Supervisor
    Address: 487 Edward H Ross DR
             Elmwood Park, NJ 07407

c.  Defendant: Jean Vought
    Official Position: Supervisor
    Address: 487 Edward H. Ross DR
             Elmwood Park, NJ 07407

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

I engaged in protected costody on Aug. 21. 2018 I reported Lisa Mazza to Superintendent Shankey In regards to Lisa ongoing Harrassment, unproffesional behavior. I Also reported my compliant on this day to my Boss Terri tucker and Supervisor Jean veeght via phone and text message. In evidence on the above Date my boss and Lisa Mazza sent email that (stated) "that they are working on getting rid of me. Ernestine is unaware of this, so give us a Couple of Days and she will be gone. I was immediatly replaced by Supervisor Jean vought Step. daughter.

5.  CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Discrimination based on background check.

Discrimination based on Race.

### SECOND CAUSE OF ACTION

Harrassment, based on race

### THIRD CAUSE OF ACTION

Retaliation - based on protected class on August 21, 2018.

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I wish the court to do monetary damages, Compensatory damages, I would like my job back, and Punitive damages of 1.5 million to make me whole again.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 07-16-19

*Ernest Liulech* (signature)

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

EEOC Form 161 (11/16)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ernestine N. Welch<br>PO Box 273<br>Hudson, NY 12534 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-00710 | Holly M. Shabazz,<br>State & Local Program Manager | (212) 336-3643 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____        June 21, 2019
Kevin J. Berry,                         (Date Mailed)
District Director

Enclosures(s)

cc:
BIO-REFERENCE LABORATORIES INC.
Attn: Director of Human Resources
481 Edward H. Ross Drive
Elmwood Park, NJ 07407

## AFFIDAVIT OF SERVICE BY MAIL

State of New York      :
                       SS:
County of Columbia     :

I, Ernestine Welch, being duly sworn, deposes and says: that I am the plaintiff herein and served a copy of the following document(s):

_Summons, complaint_ (Specify document(s))

on _Bio-Reference Laboratories_ (Name of person/Addressee)

at: _481 Edward H. Ross Drive Elmwood Park, NJ 07407_ (Address to which document(s) were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located at: _402 Union Street Hudson NY 12534_

on the following date: _07-16-19_.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 07-16-19

_Ernestine Welch_
Signature of Plaintiff

Sworn to before me this _16_ day of _July_, _2019_

_____
Notary Public

Laura B. Hankin
Notary Public – State of New York
No. 01HA6335432
Qualified in Columbia County
My Commission Expires 01/11/2020

FORM I (I)