8.26.19

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 26 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

Case No.'S
1:19-cv-845
1:19-cv-846

TO: Whom It may Concern,

Attach our Bank Statement's In regards to Workman's Comp Settlement Received In the month # of March 2019. This is to clarify that their are no remaining funds to date. Any question please feel free to call me @ 518-772-8921

Sincerely,
Ernestine Welch
Ernest ____
8-26-19

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534

------------------------------Note Balance History Account Number 1690442610 ------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 07-18-2019 | 07-18-2019 | | External Deposit LAB CORP 207 | 300.00 | 274.27 | Completed |
| 07-12-2019 | 07-12-2019 | | Insufficient Funds Charge | (25.00) | (25.73) | Completed |
| 07-12-2019 | 07-11-2019 | | External Withdrawal WESTERNBN | 35.00 | (0.73) | Rejected |
| 07-12-2019 | 07-11-2019 | | External Withdrawal WESTERNBN | (35.00) | (35.73) | Completed |
| 07-11-2019 | 07-11-2019 | | ATM Foreign Transaction Fee | (1.25) | (0.73) | Completed |
| 07-11-2019 | 07-11-2019 | | External Withdrawal WESTERNBN | 0.00 | 0.52 | Pending |
| 07-11-2019 | 07-11-2019 | | ATM Withdrawal SPEEDY MART -7 | (22.65) | 0.52 | Completed |
| 07-11-2019 | 07-11-2019 | | Insufficient Funds Charge | (25.00) | 23.17 | Completed |
| 07-11-2019 | 07-10-2019 | | External Withdrawal NATIONAL | 61.98 | 48.17 | Rejected |
| 07-11-2019 | 07-10-2019 | | External Withdrawal NATIONAL | (61.98) | (13.81) | Completed |
| 07-11-2019 | 07-11-2019 | | Withdrawal Transfer to E Welc | (115.05) | 48.17 | Completed |
| 07-11-2019 | 07-11-2019 | | Withdrawal Transfer to E Welc | (100.00) | 163.22 | Completed |
| 07-11-2019 | 07-11-2019 | | Withdrawal Transfer to E Welc | (15.51) | 263.22 | Completed |
| 07-11-2019 | 07-11-2019 | | External Deposit LAB CORP 207 | 300.00 | 278.73 | Completed |
| 07-10-2019 | 07-10-2019 | | External Withdrawal NATIONAL | 0.00 | (21.27) | Pending |
| 07-06-2019 | 07-06-2019 | | Point Of Sale Withdrawal SUBW | (17.91) | (21.27) | Completed |
| 07-05-2019 | 07-05-2019 | | ATM Foreign Transaction Fee | (1.25) | (3.36) | Completed |
| 07-05-2019 | 07-05-2019 | | Point Of Sale Withdrawal SUNO | (20.02) | (2.11) | Completed |
| 07-05-2019 | 07-05-2019 | | Point Of Sale Withdrawal Amaz | (14.03) | 17.91 | Completed |
| 07-05-2019 | 07-05-2019 | | Withdrawal Transfer to E Welc | (29.28) | 31.94 | Completed |
| 07-05-2019 | 07-05-2019 | | Withdrawal Transfer to E Welc | (42.54) | 61.22 | Completed |
| 07-05-2019 | 07-05-2019 | | ATM Withdrawal WARREN STREE-2 | (182.50) | 103.76 | Completed |
| 07-05-2019 | 07-05-2019 | | External Deposit LAB CORP 207 | 300.00 | 286.26 | Completed |
| 07-01-2019 | 07-01-2019 | | Point Of Sale Withdrawal SUNO | (20.37) | (13.74) | Completed |
| 06-27-2019 | 06-27-2019 | | ATM Foreign Transaction Fee | (1.25) | 6.63 | Completed |
| 06-27-2019 | 06-27-2019 | | ATM Withdrawal SPEEDY MART -7 | (82.65) | 7.88 | Completed |
| 06-27-2019 | 06-27-2019 | | Withdrawal Transfer to E Welc | (200.00) | 90.53 | Completed |
| 06-27-2019 | 06-27-2019 | | External Deposit LAB CORP 207 | 300.00 | 290.53 | Completed |
| 06-21-2019 | 06-21-2019 | | Point Of Sale Withdrawal WALG | (10.35) | (9.47) | Completed |
| 06-21-2019 | 06-21-2019 | | Point Of Sale Withdrawal  PRI | (7.07) | 0.88 | Completed |
| 06-21-2019 | 06-21-2019 | | Point Of Sale Withdrawal APL* | (2.99) | 7.95 | Completed |
| 06-21-2019 | 06-21-2019 | | Withdrawal Transfer to E Welc | (42.54) | 10.94 | Completed |
| 06-21-2019 | 06-21-2019 | | Point Of Sale Withdrawal NNT | (10.79) | 53.48 | Completed |
| 06-20-2019 | 06-20-2019 | | ATM Foreign Transaction Fee | (1.25) | 64.27 | Completed |
| 06-20-2019 | 06-20-2019 | | External Withdrawal WESTERNBN | (45.00) | 65.52 | Completed |
| 06-20-2019 | 06-20-2019 | | Withdrawal Transfer to E Welc | (78.42) | 110.52 | Completed |
| 06-20-2019 | 06-20-2019 | | ATM Withdrawal SPEEDY MART -7 | (62.65) | 188.94 | Completed |
| 06-20-2019 | 06-20-2019 | | External Deposit LAB CORP 207 | 300.00 | 251.59 | Completed |
| 06-17-2019 | 06-17-2019 | | Point Of Sale Withdrawal SARA | (50.00) | (48.41) | Completed |
| 06-13-2019 | 06-13-2019 | | ATM Foreign Transaction Fee | (1.25) | 1.59 | Completed |
| 06-13-2019 | 06-13-2019 | | ATM Withdrawal CATSKILL GRO-2 | (122.00) | 2.84 | Completed |
| 06-13-2019 | 06-13-2019 | | Withdrawal Transfer to E Welc | (104.90) | 124.84 | Completed |
| 06-13-2019 | 06-13-2019 | | Withdrawal Transfer to E Welc | (190.00) | 229.74 | Completed |
| 06-13-2019 | 06-13-2019 | | Withdrawal Transfer to E Welc | (13.75) | 419.74 | Completed |

ERNESTINE WELCH
CLINTON MAXWELL

```
                              SEFCU 700 Patroon Creek Blvd, Albany NY 12206
PO BOX 273
HUDSON NY 12534
```

```
                    ----------Note Balance History Account Number 1690442610----------
                                       03-01-2019 to 09-02-2019
Post Date   Eff Date    Check Nbr   Description                      Amount      Running Bal   Status
06-13-2019  06-13-2019              External Deposit LAB CORP 207     458.49        433.49     Completed
06-12-2019  06-12-2019              Insufficient Funds Charge         (25.00)       (25.00)    Completed
06-12-2019  06-11-2019              External Withdrawal WESTERNBN      35.00          0.00     Rejected
06-12-2019  06-11-2019              External Withdrawal WESTERNBN     (35.00)       (35.00)    Completed
06-11-2019  06-11-2019              External Withdrawal WESTERNBN       0.00          0.00     Pending
06-07-2019  06-07-2019              Withdrawal Transfer to E Welc     (28.79)         0.00     Completed
06-06-2019  06-06-2019              Withdrawal Transfer to E Welc    (100.00)        28.79     Completed
06-06-2019  06-06-2019              Withdrawal Transfer to E Welc     (44.79)       128.79     Completed
06-06-2019  06-06-2019              External Deposit LAB CORP 207     173.58        173.58     Completed
06-05-2019  06-05-2019              Withdrawal Transfer               (22.87)         0.00     Completed
06-05-2019  06-05-2019              Withdrawal Transfer               (23.32)        22.87     Completed
06-05-2019  06-05-2019              Withdrawal Transfer              (403.59)        46.19     Completed
05-30-2019  05-30-2019              External Deposit LAB CORP 207     414.83        449.78     Completed
05-28-2019  05-28-2019              Point Of Sale Deposit oldiess      34.95         34.95     Completed
05-24-2019  05-24-2019              Withdrawal Transfer to E Welc     (19.22)         0.00     Completed
05-23-2019  05-23-2019              ATM Foreign Transaction Fee        (1.25)        19.22     Completed
05-23-2019  05-23-2019              ATM Withdrawal SPEEDY MART -7    (302.65)        20.47     Completed
05-23-2019  05-23-2019              External Deposit LAB CORP 207     333.34        323.12     Completed
05-23-2019  05-23-2019              Point Of Sale Withdrawal SUNO     (15.02)       (10.22)    Completed
05-22-2019  05-22-2019              Point Of Sale Withdrawal  PRI     (12.08)         4.80     Completed
05-21-2019  05-21-2019              ATM Foreign Transaction Fee        (1.25)        16.88     Completed
05-21-2019  05-21-2019              ATM Withdrawal STEWARTS #235      (42.50)        18.13     Completed
05-20-2019  05-20-2019              Point Of Sale Withdrawal SARA      (8.45)        60.63     Completed
05-17-2019  05-17-2019              ATM Foreign Transaction Fee        (1.25)        69.08     Completed
05-17-2019  05-17-2019              Point Of Sale Withdrawal WALG     (16.89)        70.33     Completed
05-17-2019  05-17-2019              Point Of Sale Withdrawal WALG     (35.27)        87.22     Completed
05-17-2019  05-17-2019              Point Of Sale Withdrawal APL*      (2.99)       122.49     Completed
05-17-2019  05-17-2019              ATM Withdrawal SPEEDY MART -7     (82.65)       125.48     Completed
05-17-2019  05-17-2019              Point Of Sale Withdrawal APL*     (43.19)       208.13     Completed
05-16-2019  05-16-2019              ATM Foreign Transaction Fee        (1.25)       251.32     Completed
05-16-2019  05-16-2019              ATM Withdrawal SPEEDY MART -7     (82.65)       252.57     Completed
05-16-2019  05-16-2019              External Deposit LAB CORP 207     327.17        335.22     Completed
05-16-2019  05-16-2019              Point Of Sale Withdrawal PRIC      (6.95)         8.05     Completed
05-14-2019  05-13-2019              External Withdrawal WESTERNBN     (35.00)        15.00     Completed
05-13-2019  05-13-2019              External Withdrawal WESTERNBN       0.00         50.00     Pending
05-13-2019  05-13-2019              Point Of Sale Withdrawal SARA     (12.68)        50.00     Completed
05-13-2019  05-13-2019              Point Of Sale Withdrawal EMPI     (27.18)        62.68     Completed
05-13-2019  05-13-2019              Point Of Sale Withdrawal EXTE    (159.86)        89.86     Completed
05-11-2019  05-11-2019              Point Of Sale Withdrawal WALG     (23.94)       249.72     Completed
05-11-2019  05-11-2019              Point Of Sale Withdrawal BJS     (119.20)       273.66     Completed
05-11-2019  05-11-2019              Point Of Sale Withdrawal CUMB     (20.04)       392.86     Completed
05-10-2019  05-10-2019              Point Of Sale Withdrawal TRAN     (63.00)       412.90     Completed
05-10-2019  05-10-2019              Withdrawal Transfer to E Welc     (42.54)       475.90     Completed
05-10-2019  05-10-2019              Point Of Sale Withdrawal LIA     (125.17)       518.44     Completed
```

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

HUDSON NY 12534

------------------------------Note Balance History Account Number 1690442610------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---:|---:|---|
| 05-09-2019 | 05-09-2019 | | ATM Foreign Transaction Fee | (1.25) | 643.61 | Completed |
| 05-09-2019 | 05-09-2019 | | ATM Withdrawal SPEEDY MART -7 | (202.65) | 644.86 | Completed |
| 05-09-2019 | 05-09-2019 | | Withdrawal Transfer to E Welc | (109.80) | 847.51 | Completed |
| 05-09-2019 | 05-09-2019 | | Withdrawal Transfer to E Welc | (66.41) | 957.31 | Completed |
| 05-09-2019 | 05-09-2019 | | External Deposit LAB CORP 207 | 1,022.82 | 1,023.72 | Completed |
| 05-07-2019 | 05-07-2019 | | Point Of Sale Withdrawal SQU* | (8.10) | 0.90 | Completed |
| 05-03-2019 | 05-03-2019 | | ATM Foreign Transaction Fee | (1.25) | 9.00 | Completed |
| 05-03-2019 | 05-03-2019 | | Point Of Sale Withdrawal  Spe | (63.00) | 10.25 | Completed |
| 05-03-2019 | 05-03-2019 | | Withdrawal Transfer to E Welc | (37.44) | 73.25 | Completed |
| 05-03-2019 | 05-03-2019 | | ATM Withdrawal CATSKILL GRO-2 | (62.00) | 110.69 | Completed |
| 05-02-2019 | 05-02-2019 | | ATM Foreign Transaction Fee | (1.25) | 172.69 | Completed |
| 05-02-2019 | 05-02-2019 | | ATM Withdrawal SPEEDY MART -7 | (102.65) | 173.94 | Completed |
| 05-02-2019 | 05-02-2019 | | Point Of Sale Deposit DDL*NUG | 74.98 | 276.59 | Completed |
| 05-02-2019 | 05-02-2019 | | External Deposit LAB CORP 207 | 317.41 | 201.61 | Completed |
| 05-01-2019 | 05-01-2019 | | Point Of Sale Withdrawal PRIC | (7.55) | (115.80) | Completed |
| 04-30-2019 | 04-30-2019 | | ATM Foreign Transaction Fee | (1.25) | (108.25) | Completed |
| 04-30-2019 | 04-30-2019 | | Point Of Sale Withdrawal READ | (39.99) | (107.00) | Completed |
| 04-30-2019 | 04-30-2019 | | Point Of Sale Withdrawal PRIC | (90.87) | (67.01) | Completed |
| 04-30-2019 | 04-30-2019 | | ATM Withdrawal CATSKILL GRO-2 | (42.00) | 23.86 | Completed |
| 04-29-2019 | 04-29-2019 | | ATM Foreign Transaction Fee | (1.25) | 65.86 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal JOYC | (88.99) | 67.11 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal EMPI | (46.32) | 156.10 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal 3 WA | (37.11) | 202.42 | Completed |
| 04-29-2019 | 04-29-2019 | | ATM Withdrawal SPEEDY MART -7 | (82.65) | 239.53 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal DR. | (31.97) | 322.18 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal IRIE | (40.32) | 354.15 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal oldi | (34.95) | 394.47 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal EMPI | (68.67) | 429.42 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal MCDO | (4.30) | 498.09 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Withdrawal NNT | (106.93) | 502.39 | Completed |
| 04-29-2019 | 04-29-2019 | | Point Of Sale Deposit  SQC*Ca | 55.16 | 609.32 | Completed |
| 04-27-2019 | 04-27-2019 | | ATM Foreign Transaction Fee | (1.25) | 554.16 | Completed |
| 04-27-2019 | 04-27-2019 | | ATM Withdrawal STEWARTS #205 | (102.50) | 555.41 | Completed |
| 04-27-2019 | 04-27-2019 | | Point Of Sale Withdrawal EXTE | (203.46) | 657.91 | Completed |
| 04-27-2019 | 04-27-2019 | | Point Of Sale Withdrawal SUNO | (30.00) | 861.37 | Completed |
| 04-27-2019 | 04-27-2019 | | Point Of Sale Withdrawal EMPI | (113.23) | 891.37 | Completed |
| 04-26-2019 | 04-26-2019 | | ATM Foreign Transaction Fee | (1.25) | 1,004.60 | Completed |
| 04-26-2019 | 04-26-2019 | | Deposit Check | 850.00 | 1,005.85 | Completed |
| 04-26-2019 | 04-26-2019 | | ATM Withdrawal SPEEDY MART -7 | (82.65) | 155.85 | Completed |
| 04-26-2019 | 04-26-2019 | | Withdrawal Transfer to E Welc | (42.54) | 238.50 | Completed |
| 04-26-2019 | 04-26-2019 | | Point Of Sale Withdrawal SQU* | (10.10) | 281.04 | Completed |
| 04-25-2019 | 04-25-2019 | | ATM Foreign Transaction Fee | (2.50) | 291.14 | Completed |
| 04-25-2019 | 04-25-2019 | | ATM Withdrawal CATSKILL GRO-2 | (102.00) | 293.64 | Completed |
| 04-25-2019 | 04-25-2019 | | ATM Withdrawal SPEEDY MART -7 | (102.65) | 395.64 | Completed |

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534


SEFCU 700 Patroon Creek Blvd, Albany NY 12206

---------------------------------------Note Balance History Account Number 1690442610 ---------------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 04-25-2019 | 04-25-2019 | | Point Of Sale Withdrawal SCRU | (10.80) | 498.29 | Completed |
| 04-25-2019 | 04-25-2019 | | Point Of Sale Deposit GETHEAL | 79.99 | 509.09 | Completed |
| 04-25-2019 | 04-25-2019 | | External Deposit LAB CORP 207 | 320.99 | 429.10 | Completed |
| 04-25-2019 | 04-25-2019 | | Point Of Sale Deposit THINKPL | 89.99 | 108.11 | Completed |
| 04-24-2019 | 04-24-2019 | | Point Of Sale Withdrawal PRIC | (87.11) | 18.12 | Completed |
| 04-24-2019 | 04-24-2019 | | Point Of Sale Withdrawal READ | (1.00) | 105.23 | Completed |
| 04-24-2019 | 04-24-2019 | | Point Of Sale Withdrawal NEW | (27.00) | 106.23 | Completed |
| 04-24-2019 | 04-24-2019 | | Point Of Sale Withdrawal GETH | (79.99) | 133.23 | Completed |
| 04-24-2019 | 04-24-2019 | | Point Of Sale Withdrawal THIN | (89.99) | 213.22 | Completed |
| 04-23-2019 | 04-23-2019 | | Point Of Sale Withdrawal oldi | (0.02) | 303.21 | Completed |
| 04-23-2019 | 04-23-2019 | | Point Of Sale Withdrawal MCDO | (2.69) | 303.23 | Completed |
| 04-22-2019 | 04-22-2019 | | Deposit Cash | 300.00 | 305.92 | Completed |
| 04-22-2019 | 04-22-2019 | | Point Of Sale Withdrawal EMPI | (75.50) | 5.92 | Completed |
| 04-22-2019 | 04-22-2019 | | Point Of Sale Withdrawal IRIE | (37.95) | 81.42 | Completed |
| 04-22-2019 | 04-22-2019 | | Point Of Sale Withdrawal EMPI | (37.75) | 119.37 | Completed |
| 04-22-2019 | 04-22-2019 | | Point Of Sale Withdrawal EMPI | (113.23) | 157.12 | Completed |
| 04-22-2019 | 04-22-2019 | | Point Of Sale Withdrawal WHOL | (68.63) | 270.35 | Completed |
| 04-20-2019 | 04-20-2019 | | Point Of Sale Withdrawal MCDO | (18.56) | 338.98 | Completed |
| 04-20-2019 | 04-20-2019 | | Point Of Sale Withdrawal EXTE | (218.85) | 357.54 | Completed |
| 04-20-2019 | 04-20-2019 | | Deposit Transfer from E Welch | 110.00 | 576.39 | Completed |
| 04-20-2019 | 04-20-2019 | | Point Of Sale Withdrawal ANNE | (102.72) | 466.39 | Completed |
| 04-20-2019 | 04-20-2019 | | Point Of Sale Withdrawal EMPI | (75.50) | 569.11 | Completed |
| 04-19-2019 | 04-19-2019 | | Withdrawal Official Check | (502.00) | 644.61 | Completed |
| 04-19-2019 | 04-19-2019 | | Deposit Check | 900.00 | 1,146.61 | Completed |
| 04-18-2019 | 04-18-2019 | | ATM Foreign Transaction Fee | (1.25) | 246.61 | Completed |
| 04-18-2019 | 04-18-2019 | | ATM Withdrawal SPEEDY MART -7 | (102.65) | 247.86 | Completed |
| 04-18-2019 | 04-18-2019 | | External Deposit LAB CORP 207 | 353.18 | 350.51 | Completed |
| 04-18-2019 | 04-18-2019 | | Point Of Sale Withdrawal APL* | (2.67) | (2.67) | Completed |
| 04-17-2019 | 04-17-2019 | | Overdraft Protection Deposit | 79.84 | 0.00 | Completed |
| 04-17-2019 | 04-16-2019 | | Point Of Sale Withdrawal 0415 | (150.00) | (79.84) | Completed |
| 04-17-2019 | 04-16-2019 | | Point Of Sale Withdrawal 0415 | (12.95) | 70.16 | Completed |
| 04-17-2019 | 04-17-2019 | | Point Of Sale Withdrawal ODL* | (74.98) | 83.11 | Completed |
| 04-17-2019 | 04-17-2019 | | Point Of Sale Withdrawal REDB | (5.67) | 158.09 | Completed |
| 04-15-2019 | 04-15-2019 | | Withdrawal Transfer to E Welc | (8.59) | 163.76 | Completed |
| 04-15-2019 | 04-15-2019 | | Deposit Check | 200.00 | 172.35 | Completed |
| 04-15-2019 | 04-13-2019 | | Point Of Sale Withdrawal 0411 | (27.65) | (27.65) | Completed |
| 04-15-2019 | 04-15-2019 | | Withdrawal Transfer to E Welc | (27.65) | 0.00 | Completed |
| 04-12-2019 | 04-12-2019 | | Withdrawal TO LOAN 700240L29 | (6.30) | 27.65 | Completed |
| 04-11-2019 | 04-11-2019 | | External Withdrawal WESTERNBN | (35.00) | 33.95 | Completed |
| 04-11-2019 | 04-11-2019 | | ATM Foreign Transaction Fee N | (1.25) | 68.95 | Completed |
| 04-11-2019 | 04-11-2019 | | ATM Withdrawal ATM WITHDRAWAL | (182.65) | 70.20 | Completed |
| 04-11-2019 | 04-11-2019 | | Withdrawal Transfer 04/11/201 | (160.00) | 252.85 | Completed |
| 04-11-2019 | 04-12-2019 | | External Deposit LAB CORP/DIR | 412.26 | 412.85 | Completed |
| 04-09-2019 | 04-09-2019 | | ATM Foreign Transaction Fee N | (1.25) | 0.59 | Completed |

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON  NY  12534

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

---------------------------------------Note Balance History Account Number 1690442610---------------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 04-09-2019 | 04-09-2019 | | ATM Withdrawal ATM WITHDRAWAL | (42.00) | 1.84 | Completed |
| 04-08-2019 | 04-08-2019 | | Point Of Sale Withdrawal DEBI | (191.49) | 43.84 | Completed |
| 04-06-2019 | 04-06-2019 | | Point Of Sale Withdrawal DEBI | (59.91) | 235.33 | Completed |
| 04-06-2019 | 04-06-2019 | | Point Of Sale Withdrawal POS | (20.00) | 295.24 | Completed |
| 04-05-2019 | 04-05-2019 | | Point Of Sale Withdrawal DEBI | (20.23) | 315.24 | Completed |
| 04-05-2019 | 04-05-2019 | | Point Of Sale Withdrawal DEBI | (46.22) | 335.47 | Completed |
| 04-04-2019 | 04-04-2019 | | Point Of Sale Withdrawal POS | (32.31) | 381.69 | Completed |
| 04-04-2019 | 04-05-2019 | | External Deposit LAB CORP/DIR | 413.90 | 414.00 | Completed |
| 04-03-2019 | 04-03-2019 | | Point Of Sale Withdrawal DEBI | (15.12) | 0.10 | Completed |
| 04-03-2019 | 04-03-2019 | | Withdrawal TO LOAN 200859L29 | (44.79) | 15.22 | Completed |
| 04-03-2019 | 04-03-2019 | | Point Of Sale Withdrawal DEBI | (56.01) | 60.01 | Completed |
| 04-03-2019 | 04-03-2019 | | Point Of Sale Withdrawal DEBI | (8.10) | 116.02 | Completed |
| 04-02-2019 | 04-02-2019 | | Point Of Sale Withdrawal DEBI | (6.23) | 124.12 | Completed |
| 04-02-2019 | 04-02-2019 | | Point Of Sale Withdrawal DEBI | (14.03) | 130.35 | Completed |
| 04-02-2019 | 04-02-2019 | | Point Of Sale Withdrawal DEBI | (55.40) | 144.38 | Completed |
| 04-02-2019 | 04-02-2019 | | Point Of Sale Withdrawal DEBI | (175.06) | 199.78 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal POS | (68.00) | 374.84 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (39.96) | 442.84 | Completed |
| 04-01-2019 | 04-01-2019 | | ATM Foreign Transaction Fee N | (1.25) | 482.80 | Completed |
| 04-01-2019 | 04-01-2019 | | ATM Withdrawal ATM WITHDRAWAL | (102.00) | 484.05 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (46.32) | 586.05 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (26.75) | 632.37 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (21.04) | 659.12 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (23.98) | 680.16 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Deposit PURCHAS | 209.54 | 704.14 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (18.31) | 494.60 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (150.98) | 512.91 | Completed |
| 04-01-2019 | 04-01-2019 | | Point Of Sale Withdrawal DEBI | (37.75) | 663.89 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Withdrawal POS | (134.97) | 701.64 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Withdrawal POS | (82.13) | 836.61 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Withdrawal POS | (18.12) | 918.74 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Deposit PURCHAS | 5.36 | 936.86 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Deposit PURCHAS | 57.86 | 931.50 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Withdrawal DEBI | (191.49) | 873.64 | Completed |
| 03-30-2019 | 03-30-2019 | | Deposit TR#4286 Cash In 400. | 400.00 | 1,065.13 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Withdrawal DEBI | (61.15) | 665.13 | Completed |
| 03-30-2019 | 03-30-2019 | | Point Of Sale Withdrawal DEBI | (8.52) | 726.28 | Completed |
| 03-29-2019 | 03-29-2019 | | Point Of Sale Withdrawal POS | (36.41) | 734.80 | Completed |
| 03-29-2019 | 03-29-2019 | | Point Of Sale Withdrawal POS | (126.45) | 771.21 | Completed |
| 03-29-2019 | 03-29-2019 | | Deposit TR#17140 Transfers 8 | 800.00 | 897.66 | Completed |
| 03-29-2019 | 03-29-2019 | | Point Of Sale Withdrawal DEBI | (92.51) | 97.66 | Completed |
| 03-29-2019 | 03-29-2019 | | Point Of Sale Withdrawal DEBI | (140.90) | 190.17 | Completed |
| 03-29-2019 | 03-29-2019 | | Withdrawal TO LOAN 700240L29 | (42.54) | 331.07 | Completed |
| 03-29-2019 | 03-29-2019 | | Point Of Sale Withdrawal DEBI | (23.11) | 373.61 | Completed |

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534

```
----------------------------------Note Balance History Account Number 1690442610 ----------------------------------
                                       03-01-2019 to 09-02-2019
Post Date   Eff Date   Check Nbr   Description                            Amount      Running Bal   Status
08-24-2019  08-24-2019             Point Of Sale Withdrawal APL*          (2.99)         55.38      Completed
08-22-2019  08-22-2019             ATM Foreign Transaction Fee            (2.50)         58.37      Completed
08-22-2019  08-22-2019             ATM Withdrawal CATSKILL GRO-2         (42.00)         60.87      Completed
08-22-2019  08-22-2019             ATM Withdrawal SPEEDY MART -7        (102.65)        102.87      Completed
08-22-2019  08-22-2019             Withdrawal Transfer to E Welc         (30.41)        205.52      Completed
08-22-2019  08-22-2019             Withdrawal Transfer to E Welc         (47.80)        235.93      Completed
08-22-2019  08-22-2019             External Deposit LAB CORP 207          300.00        283.73      Completed
08-16-2019  08-16-2019             Point Of Sale Withdrawal STEW         (15.02)        (16.27)     Completed
08-15-2019  08-15-2019             ATM Foreign Transaction Fee            (1.25)         (1.25)     Completed
08-15-2019  08-15-2019             Withdrawal Transfer to E Welc         (16.62)          0.00      Completed
08-15-2019  08-15-2019             ATM Withdrawal SPEEDY MART -7        (102.65)         16.62      Completed
08-15-2019  08-15-2019             Withdrawal Transfer                  (377.78)        119.27      Completed
08-15-2019  08-15-2019             Withdrawal Transfer                  (102.95)        497.05      Completed
08-15-2019  08-15-2019             External Deposit LAB CORP 207          300.00        600.00      Completed
08-13-2019  08-12-2019             External Withdrawal WESTERNBN           19.00        300.00      Rejected
08-13-2019  08-12-2019             External Withdrawal WESTERNBN         (19.00)        281.00      Completed
08-12-2019  08-12-2019             External Withdrawal WESTERNBN            0.00        300.00      Pending
08-08-2019  08-08-2019             External Deposit LAB CORP 207          300.00        300.00      Completed
08-02-2019  08-02-2019             Point Of Sale Withdrawal Amaz         (14.03)          0.00      Completed
08-02-2019  08-02-2019             Withdrawal Transfer to E Welc         (39.41)         14.03      Completed
08-01-2019  08-01-2019             ATM Foreign Transaction Fee            (1.25)         53.44      Completed
08-01-2019  08-01-2019             External Withdrawal WESTERNBN         (45.00)         54.69      Completed
08-01-2019  08-01-2019             ATM Withdrawal SPEEDY MART -7        (202.65)         99.69      Completed
08-01-2019  08-01-2019             External Deposit LAB CORP 207          300.00        302.34      Completed
08-01-2019  08-01-2019             Point Of Sale Withdrawal SQU*          (8.16)          2.34      Completed
07-26-2019  07-26-2019             ATM Foreign Transaction Fee            (1.25)         10.50      Completed
07-26-2019  07-26-2019             ATM Withdrawal CATSKILL GRO-2         (42.00)         11.75      Completed
07-25-2019  07-25-2019             ATM Foreign Transaction Fee            (1.25)         53.75      Completed
07-25-2019  07-25-2019             ATM Withdrawal SPEEDY MART -7        (202.65)         55.00      Completed
07-25-2019  07-25-2019             External Deposit LAB CORP 207          300.00        257.65      Completed
07-23-2019  07-23-2019             Insufficient Funds Charge             (25.00)        (42.35)     Completed
07-23-2019  07-22-2019             External Withdrawal WESTERNBN           19.00        (17.35)     Rejected
07-23-2019  07-22-2019             External Withdrawal WESTERNBN         (19.00)        (36.35)     Completed
07-22-2019  07-22-2019             External Withdrawal WESTERNBN            0.00        (17.35)     Pending
07-22-2019  07-22-2019             Insufficient Funds Charge             (25.00)        (17.35)     Completed
07-22-2019  07-19-2019             External Withdrawal NATIONAL            61.98          7.65      Rejected
07-22-2019  07-19-2019             External Withdrawal NATIONAL          (61.98)        (54.33)     Completed
07-19-2019  07-19-2019             External Withdrawal NATIONAL             0.00          7.65      Pending
07-19-2019  07-19-2019             Point Of Sale Withdrawal  PRI         (12.29)          7.65      Completed
07-19-2019  07-19-2019             Point Of Sale Withdrawal APL*          (2.99)         19.94      Completed
07-18-2019  07-18-2019             ATM Foreign Transaction Fee            (1.25)         22.93      Completed
07-18-2019  07-18-2019             ATM Withdrawal SPEEDY MART -7        (102.65)         24.18      Completed
07-18-2019  07-18-2019             Withdrawal Transfer to E Welc         (42.54)        126.83      Completed
07-18-2019  07-18-2019             Withdrawal Transfer to E Welc        (104.90)        169.37      Completed
ERNESTINE WELCH
```

SEFCU 700 Patroon Creek Blvd, Albany NY 12206
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 03-15-2019 | 03-15-2019 | | Point Of Sale Withdrawal DEBI | (133.17) | 1,061.45 | Completed |
| 03-14-2019 | 03-14-2019 | | Point Of Sale Withdrawal DEBI | (210.00) | 1,194.62 | Completed |
| 03-14-2019 | 03-14-2019 | | Point Of Sale Withdrawal DEBI | (107.86) | 1,404.62 | Completed |
| 03-14-2019 | 03-15-2019 | | External Deposit LAB CORP/DIR | 422.46 | 1,512.48 | Completed |
| 03-14-2019 | 03-14-2019 | | Point Of Sale Withdrawal DEBI | (328.32) | 1,090.02 | Completed |
| 03-14-2019 | 03-14-2019 | | Point Of Sale Withdrawal DEBI | (32.93) | 1,418.34 | Completed |
| 03-14-2019 | 03-14-2019 | | Point Of Sale Withdrawal DEBI | (113.21) | 1,451.27 | Completed |
| 03-13-2019 | 03-13-2019 | | Point Of Sale Withdrawal DEBI | (53.00) | 1,564.48 | Completed |
| 03-13-2019 | 03-13-2019 | | Point Of Sale Withdrawal DEBI | (98.00) | 1,617.48 | Completed |
| 03-13-2019 | 03-13-2019 | | Point Of Sale Withdrawal DEBI | (410.57) | 1,715.48 | Completed |
| 03-13-2019 | 03-13-2019 | | Point Of Sale Withdrawal DEBI | (49.12) | 2,126.05 | Completed |
| 03-12-2019 | 03-12-2019 | | Point Of Sale Withdrawal POS | (208.00) | 2,175.17 | Completed |
| 03-12-2019 | 03-12-2019 | | Point Of Sale Withdrawal POS | (308.00) | 2,383.17 | Completed |
| 03-12-2019 | 03-12-2019 | | Point Of Sale Withdrawal POS | (446.25) | 2,691.17 | Completed |
| 03-12-2019 | 03-12-2019 | | Withdrawal CHARGE FEE TR#5345 | (22.50) | 3,137.42 | Completed |
| 03-12-2019 | 03-12-2019 | | Withdrawal TRANSFER TR#5345 - | (1,500.00) | 3,159.92 | Completed |
| 03-12-2019 | 03-11-2019 | | Maintenance Service Charge CH | (25.00) | 4,659.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014681 | Official Check Fee CHK-ERNEST | (2.00) | 4,684.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014681 | Official Check Issue CHK-ERNE | (3,000.00) | 4,686.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014680 | Official Check Fee CHK-ERNEST | (2.00) | 7,686.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014680 | Official Check Issue CHK-ERNE | (5,000.00) | 7,688.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014679 | Official Check Fee CHK-KEITH | (2.00) | 12,688.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014679 | Official Check Issue CHK-KEIT | (2,000.00) | 12,690.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014678 | Official Check Fee CHK-KEVIN | (1.00) | 14,690.92 | Completed |
| 03-11-2019 | 03-11-2019 | 610014678 | Official Check Issue CHK-KEVI | (2,275.00) | 14,691.92 | Completed |
| 03-11-2019 | 03-11-2019 | | Deposit TR#12282 Cash In 270 | 17,000.00 | 16,966.92 | Completed |
| 03-11-2019 | 03-11-2019 | | External Withdrawal WESTERNBN | (35.00) | (33.08) | Completed |
| 03-09-2019 | 03-09-2019 | | Point Of Sale Withdrawal DEBI | (12.95) | 1.92 | Completed |
| 03-08-2019 | 03-08-2019 | | Point Of Sale Withdrawal DEBI | (31.25) | 14.87 | Completed |
| 03-08-2019 | 03-08-2019 | | ATM Foreign Transaction Fee A | (0.50) | 46.12 | Completed |
| 03-08-2019 | 03-08-2019 | | Point Of Sale Withdrawal DEBI | (14.03) | 46.62 | Completed |
| 03-07-2019 | 03-07-2019 | | ATM Foreign Transaction Fee A | (0.30) | 60.65 | Completed |
| 03-07-2019 | 03-07-2019 | | ATM Foreign Transaction Fee N | (1.25) | 60.95 | Completed |
| 03-07-2019 | 03-07-2019 | | ATM Withdrawal ATM WITHDRAWAL | (202.65) | 62.20 | Completed |
| 03-07-2019 | 03-07-2019 | | Withdrawal TRANSFER TR#3224 | (236.00) | 264.85 | Completed |
| 03-07-2019 | 03-07-2019 | | Withdrawal TO LOAN 200859L29. | (44.79) | 500.85 | Completed |
| 03-07-2019 | 03-07-2019 | | Withdrawal TO LOAN 700240L29 | (18.77) | 545.64 | Completed |
| 03-07-2019 | 03-08-2019 | | External Deposit LAB CORP/DIR | 564.41 | 564.41 | Completed |
| 03-01-2019 | 03-01-2019 | | Withdrawal TO LOAN 700240L29 | (23.77) | 0.00 | Completed |

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534

------------------------------Note Balance History Account Number 1697895333 ------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 05-02-2019 | 05-02-2019 | | Withdrawal Transfer to E Welc | (0.01) | 1.00 | Completed |
| 04-30-2019 | 04-30-2019 | | Dividend Credit | 0.01 | 1.01 | Completed |
| 04-25-2019 | 04-25-2019 | | Withdrawal Transfer to E Welc | (2.15) | 1.00 | Completed |
| 04-20-2019 | 04-20-2019 | | Withdrawal Transfer to E Welc | (110.00) | 3.15 | Completed |
| 04-19-2019 | 04-19-2019 | | Deposit Check | 100.00 | 113.15 | Completed |
| 04-17-2019 | 04-17-2019 | | ATM Foreign Transaction Fee | (2.50) | 13.15 | Completed |
| 04-17-2019 | 04-17-2019 | | OD Protection Tran Fee | (2.50) | 15.65 | Completed |
| 04-17-2019 | 04-17-2019 | | Overdraft Protection Withdraw | (79.84) | 18.15 | Completed |
| 04-17-2019 | 04-17-2019 | | ATM Withdrawal PRICE CHOPPER | (102.25) | 97.99 | Completed |
| 04-17-2019 | 04-17-2019 | | ATM Withdrawal SPEEDY MART -7 | (62.65) | 200.24 | Completed |
| 04-15-2019 | 04-15-2019 | | Withdrawal Transfer to E Welc | (104.90) | 262.89 | Completed |
| 04-15-2019 | 04-15-2019 | | Withdrawal Transfer to E Welc | (33.21) | 367.79 | Completed |
| 04-15-2019 | 04-15-2019 | | Deposit Check | 400.00 | 401.00 | Completed |
| 04-11-2019 | 04-11-2019 | | Withdrawal TO LOAN 757490L21 | (30.40) | 1.00 | Completed |
| 04-02-2019 | 04-02-2019 | | ATM Foreign Transaction Fee N | (1.25) | 31.40 | Completed |
| 04-02-2019 | 04-02-2019 | | ATM Withdrawal ATM WITHDRAWAL | (62.65) | 32.65 | Completed |
| 03-30-2019 | 03-31-2019 | | Dividend Credit Annual Percen | 0.81 | 95.30 | Completed |
| 03-30-2019 | 03-30-2019 | | Withdrawal CASH WITHDRAWAL TR | (900.00) | 94.49 | Completed |
| 03-30-2019 | 03-30-2019 | | Withdrawal TO LOAN 200859L29 | (33.21) | 994.49 | Completed |
| 03-29-2019 | 03-29-2019 | | Withdrawal TRANSFER TR#17140 | (800.00) | 1,027.70 | Completed |
| 03-29-2019 | 03-29-2019 | | ATM Foreign Transaction Fee N | (1.25) | 1,827.70 | Completed |
| 03-29-2019 | 03-29-2019 | | ATM Withdrawal ATM WITHDRAWAL | (202.00) | 1,828.95 | Completed |
| 03-29-2019 | 03-29-2019 | | ATM Foreign Transaction Fee N | (1.25) | 2,030.95 | Completed |
| 03-29-2019 | 03-29-2019 | | ATM Withdrawal ATM WITHDRAWAL | (102.65) | 2,032.20 | Completed |
| 03-29-2019 | 03-29-2019 | | Withdrawal TO LOAN 200859L24. | (104.90) | 2,134.85 | Completed |
| 03-28-2019 | 03-28-2019 | | Withdrawal TO LOAN 757490L21 | (184.23) | 2,239.75 | Completed |
| 03-27-2019 | 03-27-2019 | | ATM Foreign Transaction Fee N | (1.25) | 2,423.98 | Completed |
| 03-27-2019 | 03-27-2019 | | ATM Withdrawal ATM WITHDRAWAL | (102.50) | 2,425.23 | Completed |
| 03-27-2019 | 03-27-2019 | | ATM Foreign Transaction Fee N | (1.25) | 2,527.73 | Completed |
| 03-27-2019 | 03-27-2019 | | ATM Withdrawal ATM WITHDRAWAL | (102.50) | 2,528.98 | Completed |
| 03-27-2019 | 03-27-2019 | | ATM Foreign Transaction Fee N | (1.25) | 2,631.48 | Completed |
| 03-27-2019 | 03-27-2019 | | ATM Withdrawal ATM WITHDRAWAL | (203.00) | 2,632.73 | Completed |
| 03-26-2019 | 03-26-2019 | | ATM Foreign Transaction Fee N | (1.25) | 2,835.73 | Completed |
| 03-26-2019 | 03-26-2019 | | ATM Withdrawal ATM WITHDRAWAL | (202.65) | 2,836.98 | Completed |
| 03-22-2019 | 03-22-2019 | | Withdrawal Transfer 03/22/201 | (1,400.00) | 3,039.63 | Completed |
| 03-20-2019 | 03-20-2019 | | Withdrawal Transfer 03/20/201 | (300.00) | 4,439.63 | Completed |
| 03-19-2019 | 03-19-2019 | | Withdrawal Transfer 03/19/201 | (300.00) | 4,739.63 | Completed |
| 03-19-2019 | 03-19-2019 | | Withdrawal Transfer 03/19/201 | (1,200.00) | 5,039.63 | Completed |
| 03-18-2019 | 03-17-2019 | | Withdrawal Transfer 03/17/201 | (800.00) | 6,239.63 | Completed |
| 03-16-2019 | 03-16-2019 | | Withdrawal TO LOAN 200859L29 | (33.21) | 7,039.63 | Completed |
| 03-15-2019 | 03-15-2019 | | Withdrawal Transfer 03/15/201 | (2,000.00) | 7,072.84 | Completed |
| 03-15-2019 | 03-15-2019 | | Withdrawal TO LOAN 200859L24. | (104.90) | 9,072.84 | Completed |
| 03-14-2019 | 03-14-2019 | | Withdrawal TO LOAN 757490L21 | (184.23) | 9,177.74 | Completed |
| 03-11-2019 | 03-11-2019 | | Withdrawal TRANSFER TR#12289 | (500.92) | 9,361.97 | Completed |

ERNESTINE WELCH

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534

---------------------------------------Note Balance History Account Number 1697895333 ---------------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 03-11-2019 | 03-11-2019 | | Withdrawal TRANSFER TR#12287 | (33.21) | 9,862.89 | Completed |
| 03-11-2019 | 03-11-2019 | | Withdrawal TRANSFER TR#12287 | (104.90) | 9,896.10 | Completed |
| 03-11-2019 | 03-11-2019 | | Deposit TR#12282  Cash In 270 | 10,000.00 | 10,001.00 | Completed |

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

---Note Balance History Account Number 1690442610---

03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 03-21-2019 | 03-21-2019 | | Point Of Sale Withdrawal DEBI | (54.87) | 773.39 | Completed |
| 03-21-2019 | 03-22-2019 | | External Deposit LAB CORP/DIR | 425.64 | 828.26 | Completed |
| 03-21-2019 | 03-21-2019 | | Point Of Sale Withdrawal DEBI | (162.00) | 402.62 | Completed |
| 03-20-2019 | 03-20-2019 | | Deposit Transfer 03/20/2019 1 | 300.00 | 564.62 | Completed |
| 03-20-2019 | 03-20-2019 | | ATM Foreign Transaction Fee N | (1.25) | 264.62 | Completed |
| 03-20-2019 | 03-20-2019 | | ATM Withdrawal ATM WITHDRAWAL | (122.65) | 265.87 | Completed |
| 03-20-2019 | 03-20-2019 | | ATM Foreign Transaction Fee N | (1.25) | 388.52 | Completed |
| 03-20-2019 | 03-20-2019 | | ATM Withdrawal ATM WITHDRAWAL | (1,000.00) | 389.77 | Completed |
| 03-19-2019 | 03-19-2019 | | Deposit Transfer 03/19/2019 1 | 300.00 | 1,389.77 | Completed |
| 03-19-2019 | 03-19-2019 | | Point Of Sale Withdrawal POS | (35.61) | 1,089.77 | Completed |
| 03-19-2019 | 03-19-2019 | | Point Of Sale Withdrawal POS | (111.50) | 1,125.38 | Completed |
| 03-19-2019 | 03-19-2019 | | Point Of Sale Withdrawal POS | (508.00) | 1,236.88 | Completed |
| 03-19-2019 | 03-19-2019 | | Deposit Transfer 03/19/2019 1 | 1,200.00 | 1,744.88 | Completed |
| 03-19-2019 | 03-19-2019 | | Point Of Sale Withdrawal DEBI | (62.98) | 544.88 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (48.92) | 607.86 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (102.71) | 656.78 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (176.11) | 759.49 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (43.95) | 935.60 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (94.99) | 979.55 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (49.99) | 1,074.54 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (85.95) | 1,124.53 | Completed |
| 03-18-2019 | 03-18-2019 | | Point Of Sale Withdrawal DEBI | (32.92) | 1,210.48 | Completed |
| 03-18-2019 | 03-17-2019 | | Deposit Transfer 03/17/2019 1 | 800.00 | 1,243.40 | Completed |
| 03-18-2019 | 03-17-2019 | | Point Of Sale Withdrawal POS | (162.68) | 443.40 | Completed |
| 03-18-2019 | 03-16-2019 | | Point Of Sale Withdrawal POS | (57.96) | 606.08 | Completed |
| 03-18-2019 | 03-16-2019 | | Point Of Sale Withdrawal POS | (54.63) | 664.04 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (63.83) | 718.67 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (104.08) | 782.50 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (249.84) | 886.58 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (141.12) | 1,136.42 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (89.51) | 1,277.54 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (13.99) | 1,367.05 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (266.38) | 1,381.04 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (32.93) | 1,647.42 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (32.93) | 1,680.35 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (47.48) | 1,713.28 | Completed |
| 03-16-2019 | 03-16-2019 | | Point Of Sale Withdrawal DEBI | (32.93) | 1,760.76 | Completed |
| 03-15-2019 | 03-15-2019 | | Point Of Sale Withdrawal POS | (1,008.00) | 1,793.69 | Completed |
| 03-15-2019 | 03-15-2019 | | Deposit Transfer 03/15/2019 1 | 2,000.00 | 2,801.69 | Completed |
| 03-15-2019 | 03-15-2019 | | Point Of Sale Withdrawal DEBI | (24.95) | 801.69 | Completed |
| 03-15-2019 | 03-15-2019 | | Point Of Sale Withdrawal DEBI | (14.95) | 826.64 | Completed |
| 03-15-2019 | 03-15-2019 | | Withdrawal TO LOAN 700240L29 | (42.54) | 841.59 | Completed |
| 03-15-2019 | 03-15-2019 | | Point Of Sale Withdrawal DEBI | (175.99) | 884.13 | Completed |
| 03-15-2019 | 03-15-2019 | | ATM Foreign Transaction Fee I | (1.33) | 1,060.12 | Completed |

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534

---Note Balance History Account Number 1690442610---

SEFCU 700 Patroon Creek Blvd, Albany NY 12206

------------------------------------Note Balance History Account Number 1690442610 ------------------------------------
03-01-2019 to 09-02-2019

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 03-28-2019 | 03-28-2019 | | ATM Foreign Transaction Fee N | (1.25) | 396.72 | Completed |
| 03-28-2019 | 03-28-2019 | | ATM Withdrawal ATM WITHDRAWAL | (102.65) | 397.97 | Completed |
| 03-28-2019 | 03-28-2019 | | Point Of Sale Withdrawal DEBI | (3.49) | 500.62 | Completed |
| 03-28-2019 | 03-28-2019 | | Point Of Sale Withdrawal DEBI | (5.26) | 504.11 | Completed |
| 03-28-2019 | 03-29-2019 | | External Deposit LAB CORP/DIR | 477.30 | 509.37 | Completed |
| 03-28-2019 | 03-28-2019 | | Point Of Sale Withdrawal DEBI | (46.69) | 32.07 | Completed |
| 03-28-2019 | 03-28-2019 | | Point Of Sale Withdrawal DEBI | (0.99) | 78.76 | Completed |
| 03-26-2019 | 03-26-2019 | | Point Of Sale Withdrawal POS | (28.41) | 79.75 | Completed |
| 03-26-2019 | 03-26-2019 | | Point Of Sale Withdrawal DEBI | (27.53) | 108.16 | Completed |
| 03-26-2019 | 03-26-2019 | | Point Of Sale Withdrawal DEBI | (6.78) | 135.69 | Completed |
| 03-26-2019 | 03-26-2019 | | Point Of Sale Withdrawal DEBI | (53.36) | 142.47 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (22.84) | 195.83 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (37.75) | 218.67 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (37.75) | 256.42 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (11.87) | 294.17 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (29.77) | 306.04 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Deposit PURCHAS | 27.45 | 335.81 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (85.69) | 308.36 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (32.91) | 394.05 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (26.99) | 426.96 | Completed |
| 03-25-2019 | 03-25-2019 | | ATM Foreign Transaction Fee N | (1.25) | 453.95 | Completed |
| 03-25-2019 | 03-25-2019 | | ATM Withdrawal ATM WITHDRAWAL | (102.65) | 455.20 | Completed |
| 03-25-2019 | 03-25-2019 | | Point Of Sale Withdrawal DEBI | (37.75) | 557.85 | Completed |
| 03-25-2019 | 03-24-2019 | | Point Of Sale Withdrawal POS | (146.06) | 595.60 | Completed |
| 03-25-2019 | 03-24-2019 | | Point Of Sale Withdrawal POS | (315.31) | 741.66 | Completed |
| 03-25-2019 | 03-24-2019 | | Point Of Sale Withdrawal POS | (62.42) | 1,056.97 | Completed |
| 03-25-2019 | 03-24-2019 | | Point Of Sale Withdrawal POS | (23.89) | 1,119.39 | Completed |
| 03-25-2019 | 03-23-2019 | | ATM Withdrawal ATM WITHDRAWAL | (60.00) | 1,143.28 | Completed |
| 03-25-2019 | 03-23-2019 | | ATM Deposit ATM DEPOSIT 655 | 43.17 | 1,203.28 | Completed |
| 03-23-2019 | 03-23-2019 | | Point Of Sale Withdrawal DEBI | (61.00) | 1,160.11 | Completed |
| 03-23-2019 | 03-23-2019 | | Point Of Sale Withdrawal DEBI | (186.93) | 1,221.11 | Completed |
| 03-23-2019 | 03-23-2019 | | Point Of Sale Withdrawal POS | (64.27) | 1,408.04 | Completed |
| 03-23-2019 | 03-23-2019 | | Point Of Sale Withdrawal DEBI | (150.98) | 1,472.31 | Completed |
| 03-23-2019 | 03-23-2019 | | Point Of Sale Withdrawal DEBI | (137.81) | 1,623.29 | Completed |
| 03-22-2019 | 03-22-2019 | | Deposit Transfer 03/22/2019 1 | 1,400.00 | 1,761.10 | Completed |
| 03-22-2019 | 03-22-2019 | | Point Of Sale Withdrawal DEBI | (34.00) | 361.10 | Completed |
| 03-22-2019 | 03-22-2019 | | Point Of Sale Withdrawal DEBI | (4.99) | 395.10 | Completed |
| 03-22-2019 | 03-22-2019 | | Point Of Sale Withdrawal DEBI | (53.62) | 400.09 | Completed |
| 03-21-2019 | 03-21-2019 | | ATM Foreign Transaction Fee N | (1.25) | 453.71 | Completed |
| 03-21-2019 | 03-21-2019 | | ATM Withdrawal ATM WITHDRAWAL | (202.65) | 454.96 | Completed |
| 03-21-2019 | 03-21-2019 | | Point Of Sale Withdrawal DEBI | (37.80) | 657.61 | Completed |
| 03-21-2019 | 03-21-2019 | | Point Of Sale Withdrawal DEBI | (25.50) | 695.41 | Completed |
| 03-21-2019 | 03-21-2019 | | Point Of Sale Withdrawal DEBI | (17.73) | 720.91 | Completed |
| 03-21-2019 | 03-21-2019 | | Point Of Sale Withdrawal DEBI | (34.75) | 738.64 | Completed |

ERNESTINE WELCH
CLINTON MAXWELL
PO BOX 273
HUDSON NY 12534