

**William R. Horwitz**
william.horwitz@faegredrinker.com
973-549-7142 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

faegredrinker.com

December 4, 2020

<u>**VIA ECF**</u>
The Honorable Daniel J. Stewart, U.S.M.J.
U.S. District Court, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 409
Albany, New York 12207

> Re: <u>**Ernestine Welch v. BioReference Laboratories, Inc.**
> **Civil Action No. 1:19-cv-00846 (BKS)(DJS)**</u>

Dear Judge Stewart:

     This firm represents defendant BioReference Laboratories, Inc., in the above-referenced case, which the parties resolved during a Settlement Conference on November 3, 2020. The parties jointly submit this letter to respectfully request an extension of the deadline set forth in the Court's Order of November 4, 2020, directing the parties to "file necessary documents within 30 days." Although the parties are proceeding expeditiously to finalize the settlement, we will require another 30 days due primarily to statutory review and revocation periods.

     Thank you for Your Honor's attention to this matter.

> Respectfully submitted,
>
> *W.R.*
>
> WILLIAM R. HORWITZ

cc:    Counsel of record (via ECF)

125624411