UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ERNESTINE NICOLE WELCH,

        Plaintiff,

v.

BIO-REFERENCE LABORATORIES INC.,

        Defendant.

ECF CASE

Civil Action No. 1:19-cv-00846-BKS-DJS

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

---

THE MATTER in dispute having been amicably resolved, it is hereby stipulated and agreed by and between the undersigned that all claims asserted in the above-captioned case are hereby dismissed in their entirety with prejudice as against all parties and without costs against any party.

| | |
|---|---|
| LAW OFFICE OF PATRICK SORSBY PLLC<br>1568 Central Avenue<br>Albany, New York 12205<br>Attorneys for Plaintiff<br>Ernestine Nicole Welch | FAEGRE DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>Attorneys for Defendant<br>BioReference Laboratories, Inc. |
| By: _/s/ Patrick Sorsby_<br>    PATRICK SORSBY | By: _/s/ William R. Horwitz_<br>    WILLIAM R. HORWITZ |
| Dated: 12/23/2020 | Dated: January 6, 2021 |