UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTINE WELCH,<br><br>      Plaintiff,<br><br>v.<br><br>BIOREFERENCE LABORATORIES, INC.,<br><br>      Defendant. | ECF CASE<br><br>Civil Action No. 1:19-cv-00846 (BKS) (DJS)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that, on this day, I caused a Stipulation of Dismissal to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of New York and/or the District's Rules on Electronic Service.  Specifically, I caused the plaintiff to be served via ECF filing.

Dated: New York, New York
    January 12, 2021

                   /s/ *William R. Horwitz*

125943627