UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ERNESTINE NICOLE WELCH,

                Plaintiff,

v.

BIO-REFERENCE LABORATORIES INC.,

                Defendant.

ECF CASE

Civil Action No. 1:19-cv-00846-BKS-DJS

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

THE MATTER in dispute having been amicably resolved, it is hereby stipulated and agreed by and between the undersigned that all claims asserted in the above-captioned case are hereby dismissed in their entirety with prejudice as against all parties and without costs against any party.

LAW OFFICE OF PATRICK SORSBY PLLC
1568 Central Avenue
Albany, New York 12205
Attorneys for Plaintiff
Ernestine Nicole Welch

By: _____
      PATRICK SORSBY

Dated: 12/23/2020

FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Attorneys for Defendant
BioReference Laboratories, Inc.

By: _____
      WILLIAM R. HORWITZ

Dated: January 6, 2021

IT IS SO ORDERED:

_____
**Brenda K. Sannes**
U.S. District Judge

Dated: January 12, 2021
       Syracuse, NY