

# LAW OFFICE OF PATRICK SORSBY  PLLC

1568 Central Avenue
Albany, New York, 12205
Tel.  (518)545-4LAW (4529)/ Fax : 1-866-474-1748
www.sorsbylaw.com

January 6, 2021

Hon. Daniel J. Stewart
U.S. Magistrate Judge
US District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

Re: Welch v. Bio-Reference Laboratories, Inc.,
Civil Action No: 19-cv-846

Dear Judge Stewart:

     At the Courts request, today I sent another letter to Ms. Welch which outlined the relevant details of her signed settlement agreement. On December 23rd Ms. Welch came to my office and took as much time as she desired to read the settlement agreement and did not object to nor request clarification of any part of the agreement before initialing and signing the same. On that same date per her request I provided her with her complete file and she signed a receipt for the same acknowledging that my representation of her was at an end.

     This would be the second letter I have sent Ms. Welch regarding this issue and I believed that this would resolve any misunderstanding that developed after receiving her disbursement check.

     I advised her that if my letter did not clear up any misunderstanding that she should let the Court know.



## LAW OFFICE OF PATRICK SORSBY  PLLC

1568 Central Avenue
Albany, New York, 12205
Tel.  (518)545-4LAW (4529)/ Fax : 1-866-474-1748
www.sorsbylaw.com

Sincerely,

_____S/_____
Patrick Sorsby
Law Office of Patrick Sorsby
1568 Central Avenue
Albany, NY  12205
Phone: (518) 545-4529
E-mail: sorsbylaw@gmail.com