I Ernestine Welch acknowledge receipt of my complete file (in hard copy) from my Attorney Patrick Sorsby. I acknowledge that upon receipt of my settlement check from Bioreference his representation of me is at an end.

*Ernestine Welch* 12/23/2020

Ernestine Welch