```
UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x
ERNESTINE WELCH,

                              Plaintiff,

vs.                            1:19-CV-846

BIO-REFERENCE LABORTORIES, INC.,

                              Defendant.
----------------------------------------x
```

Transcript of a Video Status Conference held on February 16, 2021, the HONORABLE DANIEL J. STEWART, United States Magistrate Judge, Presiding.

A P P E A R A N C E S

(By Video)

```
For Plaintiff:     PATRICK SORSBY, ESQ.
                   Attorney at Law
                   1568 Central Avenue, 1st Floor
                   Albany, New York  12205

For Defendant:     FAEGRE, DRINKER, BIDDLE & REATH, LLP
                   Attorneys at Law
                   600 Campus Drive
                   Florham Park, New Jersey  07932
                     BY:  WILLIAM HORWITZ, ESQ.

Also Present:      PLAINTIFF ERNESTINE WELCH
```

*Jodi L. Hibbard, RPR, CSR, CRR*
*Official United States Court Reporter*
*100 South Clinton Street*
*Syracuse, New York  13261-7367*
*(315) 234-8547*

```
 1                (All present by Teams Video, 11:01 a.m.)
 2                THE CLERK:  We are now on the record, Tuesday,
 3   February 16th, 2021, 11:01 a.m.  The case is Ernestine Welch
 4   versus Bio-Reference Laboratories, Inc., Case Number
 5   19-CV-846.  Beginning with plaintiff, please state your
 6   appearances for the record.
 7                THE PLAINTIFF:  My name is Ernestine Welch.
 8                THE CLERK:  Okay.  And Counsel?
 9                MR. SORSBY:  Attorney Patrick Sorsby.
10                MR. HORWITZ:  Good morning, this is William Horwitz
11   of Faegre, Drinker, Biddle & Reath on behalf of defendant
12   Bio-Reference Laboratories, Inc.
13                THE COURT:  Okay, all right, well, good morning,
14   everyone, we're here on the record in this Teams call.
15   Ernestine, are you able to see me at all, are you just
16   dialing in by phone?
17                THE PLAINTIFF:  I'm dialing in by phone, I'm able
18   to see you, though, you're not able to see me at all.
19                THE COURT:  I cannot see you but I can hear you
20   crystal clear so for what I'm doing, that's good enough.
21   Just bear in mind that we do have a court reporter who's on
22   the line so I just tell everybody to make sure that
23   everyone's finished before they start speaking, that way we
24   don't have multiple people speaking at once.
25                So for the purposes of this conference this morning
```

1   is that after this matter was settled, I received a letter
2   from plaintiff Ernestine Welch with regard to certain
3   withholdings that were taken out of her check that reduced
4   the check substantially and she had a concern with regard to
5   that.
6              In the interim, Judge Sannes, who's the District
7   Court judge on this matter, approved the settlement and the
8   matter was resolved, but Judge Sannes has indicated to me
9   that she wanted me to hold this conference to further clarify
10  or explain, if necessary, exactly what went on.
11             So Ms. Welch, let me just start with you if I
12  might.  I read your letter that you sent to me and I
13  appreciate it.  I understand obviously you had an expectation
14  as to what the amount was going to be, it was substantially
15  less because there were numerous withholdings that were
16  taken.  Is it my understanding, would I be correct that
17  nevertheless, you did in fact cash the check, is that right?
18             THE PLAINTIFF:  Yes.
19             THE COURT:  Okay.  And I know that your counsel
20  Mr. Sorsby also received a separate amount for his fees and
21  that's been cashed as well, and then there was also -- we
22  went over some issues at the conference that I held, and I
23  did reach back and ask the court reporter to provide me a
24  transcript of that proceeding just so I was sure that we
25  discussed this issue, and so I was provided with a copy of

1   that.  And Mr. Horwitz during that conference indicated that
2   Bio-Reference agrees to pay Ms. Welch the specific amount of
3   the settlement in a gross amount of $18,000, it will be less
4   withholding as W-2 wages, and some portion of that, which
5   Mr. Sorsby can let me know, will go toward attorney's fees.
6   So this issue was discussed at the conference.  Ms. Welch,
7   what is it that you wish me to do at this point in time?
8           THE PLAINTIFF:  Well, it was -- it was never my
9   understanding that it would be under severance pay, it was
10  never written out in the settlement agreement and it wasn't
11  spelled out in the hearing that I'm aware of that it was
12  gonna go under severance pay, and severance pay to me is
13  based on years of service, age, and the title of your job, so
14  therefore, I don't feel like I received severance pay, and
15  the tax bracket for this lump sum under severance pay, I was
16  never given the opportunity on the taxes of whether, how I
17  wanted that to be split up and wasn't aware of how the
18  breakdown was for the severance pay.
19          THE COURT:  Okay.  Have you filed your taxes yet
20  this year?
21          THE PLAINTIFF:  They are in the hands of -- I am in
22  the process of doing that, yes.
23          THE COURT:  Okay.  I mean, I don't know whether or
24  not -- don't get me wrong, I'm not giving tax advice to
25  anyone here, but you know, as far as if you feel that you're

```
 1   entitled to a refund, you should talk to your accountant or
 2   your tax preparer with regard to that particular issue.  But
 3   your claim was always one that I understood and I believe the
 4   way the defendants understood as that of lost wages, that you
 5   were prevented from working at the facility you feel
 6   improperly, so it was a lost wage claim.  And in any case
 7   that I'm involved in, that involves lost wages, separate and
 8   apart from say like a physical injury which would not be
 9   taxable, any settlement in that case is going to be taxable.
10   So your responsibility to pay taxes is specific, it's nothing
11   I can do anything about and it's nothing the defendants can
12   do anything about.
13           THE PLAINTIFF:  Right, and I totally understand
14   that, I was aware that I had to pay taxes on it.  I just
15   thought that I was going to get the amount that I was
16   entitled to and a tax form where I would file my taxes all
17   together.  I wasn't aware of the breakdown that was gonna
18   happen and that it would be under severance pay because that
19   was not written out or told to me at any point, in the
20   settlement agreement or through my attorney.  It was just
21   based on less applicable, I was never told what it was going
22   to be less applicable for.
23           THE COURT:  Mr. Horwitz, just for the record, you
24   want to just respond?
25           MR. HORWITZ:  Um, I mean, your Honor, it was as
```

Case 1:19-cv-00846-BKS-DJS   Document 42   Filed 03/15/21   Page 6 of 13

6

1   your Honor indicated, it was mentioned during the settlement
2   conference that it would be less applicable withholding,
3   the -- she's already deposited the money or cashed the check.
4   The settlement agreement indicated twice that the payment was
5   going to be less applicable withholding, she had 21 days to
6   review the settlement agreement before signing it, she signed
7   the agreement, the agreement contained all sorts of
8   protections to make sure where she confirmed she carefully
9   read and understood its terms, which would mean that she
10  understood that it was subject to withholding.
11              It sounds like she's more raising an issue about
12  how much withholding there was, which I'm also not -- I'm not
13  a tax lawyer, so I'm not sure how that works, but it's clear
14  from the pay stub that it was -- the money that was taken out
15  was taken out for taxes, and as your Honor indicated -- well,
16  at least my understanding is is that to the extent that she
17  overpaid on her taxes, she should be getting a refund.  And
18  I'm not sure that would have been any different if -- had she
19  gotten this payment without taxes and she then had to pay the
20  taxes separately, I'm not sure the numbers would have come
21  out any differently, but I do know that the company paid her
22  the way it was legally obligated to pay her.  And she in fact
23  filled out a W-4 form in connection with the settlement that
24  said employee's withholding certificate, complete W-4 so that
25  your employer can withhold the correct federal income tax

JODI L. HIBBARD, RPR, CRR, CSR
(315) 234-8547

1 from your pay.
2 　　　　So she clearly knew and, you know, it's unfortunate
3 that she feels the way that she feels but we did comply with
4 the agreement as it was worked out in court and amended to
5 paper.
6 　　　　THE PLAINTIFF:  Well, I didn't know it was going to
7 be severance pay, that's my issue, nobody told me it was
8 going to be filed under severance pay.  And as far as
9 settlement lump sum, there is a tax bracket where it's, you
10 know, 10,000 -- 10 percent, 20 percent, 30 percent, what
11 percentage was that taken out?  Because that was way over
12 30 percent.
13 　　　　THE COURT:  So it's really, Ernestine, just so I'm
14 clear, it looks to be, so what you're saying is, you know, I
15 mean obviously you're not happy but you understand that taxes
16 are inevitably your responsibility, you --
17 　　　　THE PLAINTIFF:  Yes.
18 　　　　THE COURT:  You just think it was taken out
19 obviously --
20 　　　　THE PLAINTIFF:  Severance pay, under severance pay.
21 　　　　THE COURT:  I'm sorry, I didn't mean to cut you
22 off.  So you're saying because it was referenced as severance
23 pay, whatever that might mean, it was at a higher withholding
24 rate than if it were just wages, is that correct?
25 　　　　THE PLAINTIFF:  Right.

1          THE COURT:  And have you -- so really that becomes
2     an issue of you filing, requesting a refund from the federal
3     government, I mean they're the ones that have your money at
4     this point in time.
5          THE PLAINTIFF:  Well, my thing is if it wasn't
6     written in the contract that it was severance pay, I mean I
7     was never aware that it was gonna be under severance pay and
8     if it was under severance pay then I was supposed to be
9     contacted of how I would like those taxes to be taken out.
10    And I should have had a right to be, you know, for the taxes
11    to go over in my retirement plan or something like that, that
12    I wouldn't get taxed so hard.  I was not aware of that.
13    Mr. Sorsby sent me the W-2 forms and told me to fill out
14    those forms -- or W-4, which one it is, in regards to filling
15    those forms out and getting them back to me as soon as
16    possible, that payroll needed these forms to cut the checks.
17    So I thought if I didn't fill out the form, the checks
18    wouldn't get cut.  I wasn't aware of the tax liability that I
19    was gonna be against at this point.
20         THE COURT:  Well, what was your anticipation as to
21    the amount of money that would be withheld?
22         THE PLAINTIFF:  2800, 20 percent.
23         THE COURT:  Okay.  All right.  Well, it -- I will
24    consider this issue further but it seems to me that the fact
25    of the withholding was explained at the settlement

1  conference.
2        THE PLAINTIFF:  As less applicable, it wasn't
3  explained as severance pay, it wasn't explained what they was
4  going to file it under.
5        THE COURT:  No, I understand what you're saying as
6  far as the withholding, just saying the issue of the
7  withholding and that these were wages was explained at the
8  conference and it was also included in the settlement
9  agreement.  The settlement agreement was signed, the checks
10 have been cashed, insofar as there was a withholding that was
11 more than should have been withheld, the remedy in that case
12 would be to file for a refund.
13       Mr. Sorsby, do you have anything you want to add at
14 this point in time?
15       MR. SORSBY:  I think that Ms. Welch has already
16 indicated she understands that taxes are to be paid and she's
17 liable for that and she seems to indicate she understands
18 that taxes would be withheld.  I think her issue is that, and
19 I'm not an accountant just like everybody else here, I think
20 she's concerned, and I don't want to speak for her, she can
21 elaborate, that the way the stub reads as a severance, it
22 says severance instead of a settlement, I think maybe perhaps
23 her concern is that, does that change the ultimate tax
24 liability in a negative way because of the way it's
25 characterized.

1           I will say in reading the case law in the tax
2   court, in regards to settlements involving discrimination
3   cases like this, the tax court is not very generous in
4   recharacterizing how settlements are considered.  They will
5   consider a good portion of the settlement as wages, and if a
6   settlement tries to get cute and characterizes it as
7   something other than wages, at least the majority of it, they
8   will recharacterize it and the plaintiff will face severe
9   consequences.  So I don't know if characterizing the check
10  that she received as a severance has a negative tax
11  implication, but she is correct in that it did not say that
12  in the settlement agreement.  But it might mean nothing.  I
13  don't know if just putting that on a pay stub has any
14  significance.  I don't know.  I'm not an accountant, so
15  that's my -- that's the only concern that I can see that
16  Ms. Welch is presenting here today.
17          THE COURT:  Okay.  And Ms. Welch, you haven't heard
18  back from your tax advisor, your accountant, with regard to
19  if you're entitled to a refund because of the withholdings,
20  correct?
21          THE PLAINTIFF:  Correct.
22          THE COURT:  So it may be a nonissue.  But it seems
23  to me, and my understanding and my determination would be
24  that there was an agreement in place to appropriately settle
25  the case, and you know, insofar as there has allegedly been a

1   breach of the agreement, that's a separate matter, it's not
2   necessarily before the court, but I will review
3   Ms. Ernestine's argument here and make a recommendation to
4   Judge Sannes since she's the District Court judge and the one
5   who's in fact closed out the case.
6           Ms. Welch, is there anything further you want to
7   tell me about while we're all together on this conference?
8           THE PLAINTIFF:  No, Mr. Sorsby's spelled it out
9   exactly my thoughts of the case.  It wasn't, I wasn't aware
10  of it was going to be settled under severance pay and that I
11  was gonna be hit with that liability, the tax liability that
12  I was, and I think that if it was under wages or something
13  else, maybe I wouldn't have that huge tax liability.  That
14  was not spelled out to me and that's my argument.
15          THE COURT:  Okay.  All right.  All right,
16  Mr. Horwitz, anything further before we end?
17          MR. HORWITZ:  Just very quickly, your Honor.  And
18  so I understand that Ms. Welch is referring to the word on
19  the earning statement she got with her settlement payment, it
20  says severance.  That was, for whatever reason some person
21  internally at the company indicated severance, but I'm not
22  aware of any reason why that would -- why the tax liability
23  would be different.  That being said, to the extent she
24  explains to her tax advisor that this was wages, this should
25  be taxed at the rate of wages, I don't think there's going to

1   be -- there shouldn't be any problem.  Certainly if we
2   were -- if the company or I were ever contacted, we would of
3   course take the position that this was exactly what everybody
4   seems to agree that it was, which was wages.
5         THE COURT:  Okay.
6         THE PLAINTIFF:  Well, because it was -- I'm sorry,
7   because it was under severance pay and it was the end of the
8   year, it was considered my yearly income, and that's why
9   there was a large tax liability on it.
10        THE COURT:  Okay.  All right.  Well, let me
11   consider this further, I'll issue either a written order or a
12   text order with regard to that but I appreciate everyone
13   coming on and explaining to me this more fully, all right?
14        THE PLAINTIFF:  Okay, thank you.
15        THE COURT:  Thank you.
16        MR. HORWITZ:  Thank you, your Honor.
17        MR. SORSBY:  Thank you, your Honor.
18           (Proceedings Adjourned, 11:17 a.m.)
19
20
21
22
23
24
25

```
 1
 2                CERTIFICATE OF OFFICIAL REPORTER
 3
 4
 5        I, JODI L. HIBBARD, RPR, CRR, CSR, Federal
 6   Official Realtime Court Reporter, in and for the
 7   United States District Court for the Northern
 8   District of New York, DO HEREBY CERTIFY that
 9   pursuant to Section 753, Title 28, United States
10   Code, that the foregoing is a true and correct
11   transcript of the stenographically reported
12   proceedings held in the above-entitled matter and
13   that the transcript page format is in conformance
14   with the regulations of the Judicial Conference of
15   the United States.
16
17                     Dated this 10th day of March, 2021.
18
19
20                          /S/ JODI L. HIBBARD
21                          JODI L. HIBBARD, RPR, CRR, CSR
                            Official U.S. Court Reporter
22
23
24
25
```