Ernestine Welch
P.O. Box 273
Hudson NY 12534






U.S. District Court Clerk
445. Broadway Albany
NY 12207