

# LAW OFFICE OF PATRICK SORSBY PLLC

1568 Central Avenue
Albany, New York, 12205
Tel. (518)545-4LAW (4529)/ Fax : 1-866-474-1748
www.sorsbylaw.com

March 17, 2021

Hon. Daniel J. Stewart
U.S. Magistrate Judge
US District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

Re: Welch v. Bio-Reference Laboratories, Inc.,
Civil Action No: 19-cv-846

Dear Judge Stewart:

On March 16th 2021 Ms. Welch filed with this court a motion for breach of contract. The motion indicates that I am "of counsel". I write to inform the Court that my representation of Ms. Welch terminated when she received her settlement proceeds. See Docket #35-1. Moreover, the retainer Ms. Welch signed states that it does not "cover or contemplate any representation in any appeal from any decision (whether on a motion, jury or judicial verdict) of the Federal Court in regards to this matter".

I contacted Ms. Welch and reminded her that I no longer represent her and she indicated that she understood that and has decided to nonetheless proceed in this new matter pro-se without retaining an attorney.

Sincerely,

_____S/_____
Patrick Sorsby
Law Office of Patrick Sorsby
1568 Central Avenue



## LAW OFFICE OF PATRICK SORSBY  PLLC

1568 Central Avenue
Albany, New York, 12205
Tel.  (518)545-4LAW (4529)/ Fax : 1-866-474-1748
www.sorsbylaw.com

Albany, NY  12205
Phone: (518) 545-4529
E-mail: sorsbylaw@gmail.com

CC: Ernestine Welch
    PO Box 273
    Hudson NY 12534