U.S. District Court, Northern District of New York



Ernestine Welch,                       Motion: Objection to seal of Settlement Agreement.

         Plaintiff,                          (1:19-cv-00846)

      V.

BIO-REFERENCE LABORTORIES, INC,

         Defendants

April 2, 2021

RE: Faegre Drinker Biddle & Reath LLP, Letter to court on March 30, 2021 on behalf of the Defendants Bio-Reference Lab.

Dear Judge, Sannes:

On March 12, 2021, Plaintiff submitted a motion for Breach of Contract served by via Certified mail. Upon referral (see Docket Entry dated February 26, 2021) (ECF No. 41). A Summary judgement were granted to Defendants Motion to Seal. I **Object** to the motion ruling.

Granting the motion to seal file, by Removing the Settlement Agreement from the public Electronic Case Filing System (1), And Sealing the Settlement Agreement (2), which plays a critical role in the Recommendation's analysis of the summary Judgment Motions for Breach of Contract.

Defendants filed the Sealing Motion at the same time as the Objections to the Settlement Agreement (see Docket Entry 34, 37). Such order may limit the scope of disclosure or discovery.

I Object to this motion asking the court to withhold upon resolution of this controversy.

Any question Please feel free to Contact me. Thanks for your time and consideration on this matter.

Sincerely,

*Ernestine Welch*
Ernestine Welch