**Notice of Appeal**

Ernestine Welch.                                                    July 09,2021
P.O. Box 273
Hudson N.Y 12534

Petitioner, pro se

       V.

United States District Court.                          Civil Action No. 1:19- cv-00846
Northern District of New York
445 Broadway, Suite 509
Albany, NY 12207
(Appellant)



Ernestine Welch,  V.  Bio-Reference Laboratories, Inc.

In respect to the courts, I'm looking to Appeal, the final decision of the Northern District Court
decision filed on 06/11/2021.

I Further as the Appellant court to oversee the documents pertaining to petitioner motions
regarding Breach of contract which were submitted on the following dates: 01/04/2021,
03/16/2021, and 06/04/2021. Settlement date: November 03, 2020.

Northern District final decision on 06/11/2021, which denies Plaintiff's motion for
reconsideration is again denied, and also denied, based on untimely motion submitted more
than Fourteen Days Later..

I look forward for the Appellant court to oversee the final decision based on this case. Thanks
for your time and consideration. Any questions please feel free to contact me at any time at the
above address.

Sincerely,

Ernestine Welch

**Federal Rules of Appellate Procedure Form 1.    Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of

_Northern District of New York_

File Number _1:19-CV-0846_

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUL 09 2021

AT_____O'CLOCK

John M. Domurad, Clerk - Albany

_Ernestine Welch_

)
)

        *Plaintiff,*

)
)

      v.

)

      Notice of Appeal

_Bio-Reference Laboratories Inc,_

)

        *Defendant.*

)

Notice is hereby given that _Ernestine Welch_ , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _2nd_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _11_ day of _June_ , 20 _21_ . _See attach._

/s/ _Pro Se - Plaintiff_

Attorney for
Address: _P.O. Box 273_
_Hudson NY 12534_

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants